IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MELVIN DUKES,

    Plaintiff,

  v.

A. HEDGEPETH, et al.,

    Defendants.
                                         /

No. C 10-03320 SBA (PR)

**ORDER DIRECTING PLAINTIFF TO SHOW CONTINUED INTENT TO PROSECUTE THIS ACTION**

On July 6, 2010, Plaintiff filed the instant pro se civil rights complaint under 42 U.S.C. § 1983 in the United States District Court for the Eastern District of California. On July 7, 2010, the Clerk of the Court in the Eastern District sent Petitioner "Prisoner New Case Documents," which included an "Order re Consent or Request for Reassignment" signed by Magistrate Judge Kimberly J. Mueller of the Eastern District. On July 19, 2010, the aforementioned documents sent to Petitioner by the Clerk of the Eastern District were returned as undeliverable with a notation: "Undeliverable -- Inmate Refused."

In an Order dated July 22, 2010, Magistrate Judge Mueller transferred this action to this Court.[1] On July 29, 2010, the Clerk of the Court informed Plaintiff that this case had been transferred to the Northern District.

Pursuant to Federal Rule of Civil Procedure 41(b), a district court may sua sponte dismiss an action for failure to prosecute or to comply with a court order. See Link v. Wabash R.R., 370 U.S. 626, 633 (1962); McKeever v. Block, 932 F.2d 795, 797 (9th Cir. 1991). But such a dismissal should only be ordered when the failure to comply is unreasonable. See id. A district court should

---

[1] Magistrate Judge Mueller indicated that she was construing Plaintiff's action as a civil rights action, stating: "Plaintiff has filed the action on the form for a petition for a writ of habeas corpus, but his claims appear to involve the conditions of his confinement rather than the legality of that confinement." (July 22, 2010 Order at 1 note 1.)

**United States District Court**
For the Northern District of California

1  afford the litigant prior notice of its intention to dismiss. See Malone v. United States Postal Serv.,
2  833 F.2d 128, 133 (9th Cir. 1987).

3      In the instant case, the documents sent to Petitioner by the Clerk of the Eastern District were
4  returned as undeliverable. Furthermore, Plaintiff has failed to communicate with the Court since this
5  case has been transferred to the Northern District. Accordingly, it is in the interests of justice and
6  judicial efficiency for the Court to establish whether Plaintiff intends to continue to prosecute this
7  action. Plaintiff shall file a notice of his continued intent to prosecute no later than **thirty (30) days**
8  of the date of this Order. Failure to do so will result in the dismissal of this action without prejudice
9  for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure. See Malone, 833
10 F.2d at 133 (the district court should afford the litigant prior notice before dismissing for failure to
11 prosecute).

12     IT IS SO ORDERED.

13 DATED: 8/25/10

                                                      *Saundra B Armstrong*
14                                                   SAUNDRA BROWN ARMSTRONG
                                                  United States District Judge

28 G:\PRO-SE\SBA\CR.10\Dukes3320.41(b)-NOTICE.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MELVIN DUKES,

        Plaintiff,

  v.

A. HEDGEPETH et al,

        Defendant.

Case Number: CV10-03320 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 25, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Melvin Dukes D-33572
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

Dated: August 25, 2010

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\CR.10\Dukes3320.41(b)-NOTICE.wpd